UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. WATTS, AKA ERIC WATTS,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN USP - COLEMAN II,<br><br>        Respondent. | NO. CV 15-182-JLS (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: May 10, 2015

                                          JOSEPHINE L. STATON
                                          United States District Judge